**Fill in this information to identify the case:**

Debtor Name __RMG Erectors and Constructors of Montana, LLC__

United States Bankruptcy Court for the:_____ District of __New Jersey__
(State)

Case number: __26-14283-JNP__
_____

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

May 1, 2026

This is the *Periodic Report* as of [_____] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| RMG Erectors and Constructors, SRL | 100% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

RMG Erectors and Constructors of Montana, LLC

26-14283-JNP

Debtor Name _____     Case number_____

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | |
|---|---|
| **For non-individual Debtors:** | ✗ _____<br>Signature of Authorized Individual<br> Robert Mesmer<br>Printed name of Authorized Individual<br>Date _____1 2  26_____<br>　　　　MM /　DD　 / YYYY |

**For individual Debtors:**

✗ _____          ✗ _____
Signature of Debtor 1                                                          Signature of Debtor 2

_____          _____
Printed name of Debtor 1                                                     Printed name of Debtor 2

Date _____                                                  Date _____
　　MM /　DD　 / YYYY                                                   　　MM /　DD　 / YYYY

Debtor Name  _____    Case number 26-14283-JNP

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

Debtor Name _____

Case number 26-14283-JNP

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

None.

Debtor Name _____

Case number 26-14283-JNP

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

None.

Debtor Name _____      Case number 26-14283-JNP _____

---

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


None.

Debtor Name _____    Case number 26-14283-JNP

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

 a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

 b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

None.

Debtor Name   _____

Case number 26-14283-JNP

---

### ▇ Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

The non-debtor entity is a Sociedad de Responsabilidad Limitada (SRL) organized under the laws of Costa Rica. Debtor owns 100% interests (quotas) in the non-debtor entity.  See the attached formation documents.  The non-debtor entity employed estimators and detailers to prepare structural designs of steel buildings for use in the debtor's business.  Written employee contracts are available.  All employees have been separated and operations have ceased.

**RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA**

| *RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA* | | | |
|---|---|---|---|
| **Corporate ID (Registration or Tax number):** | 3-102-910114 | **Phone:** | |
| **Date of incorporation:** | 7/17/2024 | **Email:** | |
| **Place of incorporation:** | Costa Rica | **Postal Code:** | |
| **Address:** | *San Jose, Escazu, San Rafael, in Plaza Roble Office Center, El Portico Building, third floor, at Aguilar Castillo Love office* | **Registered social capital:** | 10 000 colones |
| **Economic activity (if any):** | *The company's main purpose will be the following activities. all kinds of construction and development, commercial, industrial, agricultural, maritime, fishing, livestock, mining, tourism, and other service operations of any kind.* | **Quota number and value:** | 100 quotas 100 of colones each |

1. 100% owned by **... RMG Erectors and Constructors of Montana, LLC**

| | | | |
|---|---|---|---|
| **Corporate ID (Registration or Tax number):** | United States of American Federal Employer Identification Number 68-3632395 | **Phone:** | 1 (856) 777-7641 |
| **Date of incorporation:** | November 18, 2019 | **Email:** | frank@rmgerectors.com |
| **Place of incorporation:** | Montana, United States of America | **Postal Code:** | 59803 |
| **Address:** | 725 SW Higgins Avenue, Suite C, Missoula, Montana 59803 | **Registered share capital:** | Not applicable. |
| **Economic activity (if any):** | Any lawful business | **Share number and value:** | Not applicable. |
| **Date of acquisition of Costa Rican entities shares:** | | | |

2. 100% owned by **...**

| | | | |
|---|---|---|---|
| **Corporate ID (Registration or Tax number):** | | **Phone:** | |

| Date of incorporation: | | Email: | |
|---|---|---|---|
| Place of incorporation: | | Postal Code: | |
| Address: | | Registered share capital: | |
| Economic activity (if any): | | Share number and value: | |
| Date of acquisition of Costa Rican entities shares: | | | |

3. 100% owned by …

| | | | |
|---|---|---|---|
| Corporate ID (Registration or Tax number): | | Phone: | |
| Date of incorporation: | | Email: | |
| Place of incorporation: | | Postal Code: | |
| Address: | | Registered share capital: | |
| Economic activity (if any): | | Share number and value: | |
| Date of acquisition of Costa Rican entities shares: | | | |

4. 100 % owned by Sharon Mesmer

| FINAL BENEFICIARY | | | |
|---|---|---|---|
| Passport number | 591659836 | Phone: | 1 856 777-7641 |
| Expiration date of Passport: | November 25, 2028 | | |
| Date of birth | February 27, 1978 | Email: | sharon@rmgerectors.com (with a copy to frank@rmgerectors.com) |
| Nationality | United States of America | Postal Code: | 37046 |
| Address: | 9094 Horton Highway, College Grove, Tennessee | Registered share capital: | |
| Date of acquisition of quotas | | | |

**REPÚBLICA DE COSTA RICA**
**REGISTRO NACIONAL**
**CERTIFICACIÓN PERSONERIA JURIDICA**
**NÚMERO DE CERTIFICACIÓN: *-*RNPDIGITAL-1129146-2024*-***
**PERSONA JURÍDICA: 3-102-910114**

## DATOS GENERALES

**RAZÓN SOCIAL O DENOMINACIÓN:** RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA
**ESTADO ACTUAL:** INSCRITA
**DOCUMENTO ORIGEN:** TOMO: 2024 ASIENTO: 518359 FECHA INSCRIPCIÓN / TRASLADO: 18/07/2024
**DOMICILIO:** PROVINCIA 01 SAN JOSE, CANTON 02 ESCAZU, SAN RAFAEL, EXACTAMENTE EN OFICENTRO EJECUTIVO PLAZA ROBLE, EDIFICIO EL PORTICO, TERCER PISO, OFICINA DE AGUILAR CASTILLO LOVE
**OBJETO/FINES (SÍNTESIS):** LA SOCIEDAD TENDRA POR OBJETO PRINCIPAL LAS SIGUIENTES ACTIVIDADES, LA SOCIEDAD PODRA REALIZAR TODA CLASE DE OPERACIONES DE CONSTRUCCION Y DESARROLLO, COMERCIALES, INDUSTRIALES, AGRICOLAS, MARITIMAS, PESQUERAS, GANADERAS, MINERAS, TURISTICAS, Y A OTROS SERVICIOS DE CUALQUIER NATURALEZA.
**PLAZO DE LA ENTIDAD JURÍDICA:** INICIO: 17/07/2024 VENCIMIENTO: 17/07/2123
**NÚMERO LEGALIZACIÓN:** 4062001326311
**FECHA LEGALIZACIÓN:**18/07/2024

## ADMINISTRACIÓN

**PLAZO DE DIRECTORES Y/O PRÓRROGAS:** GERENTE POR TODO EL PLAZO SOCIAL

## REPRESENTACIÓN

CORRESPONDE AL GERENTE LA REPRESENTACION JUDICIAL Y EXTRAJUDICIAL DE LA SOCIEDAD CON FACULTADES DE APODERADO GENERALISIMO SIN LIMITACION DE SUMA DE CONFORMIDAD CON LO ESTABLECIDO EN EL ARTICULO MIL DOSCIENTOS CINCUENTA Y TRES DEL CODIGO CIVIL DE LA REPUBLICA DE COSTA RICA TENDRA ADEMAS LAS FACULTADES DE SUSTITUIR SU PODER EN TODO O EN PARTE, REVOCAR SUSTITUCIONES Y HACER OTRAS DE NUEVO, RESERVANDOSE O NO SU EJERCICIO Y PODRA OTORGAR LOS PODERES QUE FUEREN NECESARIOS PARA EL DESARROLLO DE LOS NEGOCIOS DE LA COMPAÑIA, CON LAS FACULTADES DE REVOCARLOS, Y OTORGANDOLE A LOS APODERADOS NOMBRADOS LAS FACULTADES DE OTORGAR PODERES DENTRO DE LOS LIMITES DE SUS MANDATOS Y CON LAS FACULTADES DE REVOCARLOS.

## NOMBRAMIENTOS

**FECHA DE INSCRIPCIÓN:** 18/07/2024 **CARGO:** GERENTE
**OCUPADO POR:** EMMANUEL PINTO ESQUIVEL CEDULA DE IDENTIDAD: 1-1439-0627
**REPRESENTACIÓN:** REPRESENTACION JUDICIAL Y EXTRAJUDICIAL
**VIGENCIA: INICIO:** 17/07/2024 **VENCIMIENTO:** 17/07/2123

**FIN DE LOS NOMBRAMIENTOS O CARGOS DE LA PERSONA JURÍDICA**

**NO TIENE AGENTE RESIDENTE O NO APLICA PARA ESTE TIPO DE PERSONA JURÍDICA**

**NO EXISTE INFORMACIÓN DE AFECTACIONES SOBRE LA PERSONA JURÍDICA**

**NO EXISTE INFORMACIÓN DE MOVIMIENTOS PENDIENTES SOBRE LA PERSONA JURÍDICA**

**NO EXISTE INFORMACIÓN DE OBSERVACIONES SOBRE LA PERSONA JURÍDICA**

ESTA CERTIFICACIÓN, CUYOS DERECHOS ARANCELARIOS FUERON DEBIDAMENTE CANCELADOS, CONSTITUYE DOCUMENTO PÚBLICO CONFORME LO ESTABLECEN LOS ARTÍCULOS 45.2 DEL CÓDIGO PROCESAL CIVIL, 5 INCISO D) DE LA LEY DE CERTIFICADOS, FIRMAS DIGITALES Y DOCUMENTOS ELECTRÓNICOS N° 8454, Y EL DECRETO EJECUTIVO N° 35488-J, PUBLICADO EN LA GACETA N° 196, DEL 8 DE OCTUBRE DE 2009. EN DICHO MARCO LEGAL SE ESTABLECE LA OBLIGATORIEDAD DE RECIBIR ESTE DOCUMENTO POR PARTE DE LOS ENTES PÚBLICOS Y PRIVADOS, ASÍ COMO PARA LOS PARTICULARES, EN CASO DE QUE SE LE PRESENTEN PROBLEMAS PARA LA RECEPCIÓN DE ESTE DOCUMENTO Y APLICACIÓN DE SUS EFECTOS LEGALES, SÍRVASE COMUNICARLO AL CENTRO DE ASISTENCIA AL USUARIO, TELÉFONO 2202-0888.

ESTIMADO USUARIO, EL REGISTRO NACIONAL LE INDICA QUE EL VALOR DE LA PRESENTE CERTIFICACIÓN FUE ESTABLECIDO POR LA JUNTA ADMINISTRATIVA DEL REGISTRO NACIONAL; NINGUNA PERSONA FÍSICA O JURÍDICA PUEDE VARIAR ESE VALOR.

EMITIDA A TRAVÉS DEL PORTAL DE SERVICIOS DIGITALES Y CON INFORMACIÓN DE LA BASE DE DATOS DEL REGISTRO NACIONAL, A LAS **15 HORAS 47 MINUTOS Y 51 SEGUNDOS, DEL 07 DE AGOSTO DE 2024.** PODRÁ SER VERIFICADA EN EL SITIO www.rnpdigital.com DENTRO DE LOS SIGUIENTES 15 DÍAS NATURALES. SI LA CERTIFICACIÓN CONTIENE ALGUNA INCONSISTENCIA EN LA INFORMACIÓN, FAVOR DE CONTACTAR A rnpdigital@rnp.go.cr, PARA DETERMINAR EL ORIGEN DE LA INCONSISTENCIA Y COMPETENCIA DE LA RESOLUCIÓN.

SE TIENEN POR PRORROGADOS DE PLENO DERECHO Y DE FORMA AUTOMÁTICA HASTA POR DOS AÑOS, LOS NOMBRAMIENTOS DE LOS ÓRGANOS DE ADMINISTRACIÓN Y FISCALÍA, QUE HAYAN VENCIDO A PARTIR DEL 1 DE MARZO DEL 2020 Y HASTA EL 31 DE DICIEMBRE DEL 2020, INCLUSIVE. SE PRORROGAN LOS NOMBRAMIENTOS QUE VENCEN EN EL AÑO 2021 Y QUE FUERON NOMBRADOS ANTES DEL 1 DE MARZO DE 2020, POR EL MISMO PERIODO PARA EL CUAL FUERON NOMBRADOS. LO ANTERIOR CONFORME LO DISPUESTO EN LAS LEYES N° 9866 Y N° 9956.

## RAZON DE LEGALIZACIÓN DE LIBROS

**SE DEJA CONSTANCIA:** Que aquí inicia el tomo número **UNO** del libro de **ACTAS DE ASAMBLEA DE CUOTISTAS** que llevará la sociedad de esta plaza denominada **RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA**, con cédula de persona jurídica número **3-102-910114**, el cual consta de **DOSCIENTOS** (200) folios en perfecto estado de conservación y limpieza. El número de legalización de libros legales es el **No. 4062001326311**. ES TODO, San José, 18 de julio del 2024.

**ACTA NÚMERO UNO:** Acta de Asamblea General de Cuotistas de la sociedad **RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA**, con cédula de persona jurídica **3-102-910114**, (en adelante la "Sociedad"), celebrada en su domicilio social, al ser las diez horas del día dieciocho de julio de dos mil veinticuatro. Se encuentran presentes: i) **EMMANUEL PINTO ESQUIVEL**, mayor de edad, soltero, asistente legal, vecino de San José, Escazú, San Rafael, condominio Viva Residences; portador de la cédula de identidad número UNO – MIL CUATROCIENTOS TREINTA Y NUEVE CERO SEISCIENTOS VEINTISIETE, y ii) **DANIELA GARCÍA RAMÍREZ**, mayor de edad, soltera, asistente legal, vecina de San José, Mata Redonda, Torre Condado del Parque, portadora de la cédula de identidad UNO – MIL SETECIENTOS SETENTA – CERO OCHOCIENTOS SETENTA Y DOS, estando reunida la totalidad del capital social, se prescinde del trámite de convocatoria previa y por unanimidad de votos se toman los siguientes acuerdos: **PRIMERO:** De acuerdo con lo establecido en la cláusula quinta del pacto constitutivo de la presente sociedad el capital social es la suma de diez mil colones moneda de Costa Rica, dividido y representado por cien cuotas nominativas de cien colones cada una pagadas de la siguiente forma: el cuotista PINTO ESQUIVEL, suscribe y paga cincuenta cuotas, la cuotista GARCÍA RAMÍREZ suscribe y paga cincuenta cuotas, quedando así completa la distribución del capital social de la presente sociedad. **SEGUNDO:** No habiendo más asuntos que tratar, se declaran firmes los acuerdos tomados, por unanimidad de votos, levantándose la sesión treinta minutos después de iniciada. ES TODO.

**RAZON DE LEGALIZACIÓN DE LIBROS**

**SE DEJA CONSTANCIA:** Que aquí inicia el tomo número **UNO** del libro de **REGISTRO DE CUOTISTAS** que llevará la sociedad de esta plaza denominada **RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA**, con cédula de persona jurídica número **3-102-910114**, el cual consta de **DOSCIENTOS** (200) folios en perfecto estado de conservación y limpieza. El número de legalización de libros legales es el **No. 4062001326311**. ES TODO, San José, 18 de julio del 2024.

**ASIENTO NÚMERO UNO:** Se hace constar que el capital social de **RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA**, con cédula de persona jurídica **3-102-910114** debidamente inscrita ante el sistema digitalizado de personas jurídicas del Registro Nacional Público, el capital social de la presente sociedad es la suma de diez mil colones, representado por cien cuotas de cien colones cada una, íntegramente suscritas y pagadas en su valor total de capital social, cuotas las cuales se distribuyen de la siguiente manera: i) **CINCUENTA CUOTAS** a favor de **EMMANUEL PINTO ESQUIVEL**, mayor de edad, soltero, asistente legal, vecino de San José, Escazú, San Rafael, condominio Viva Residences; portador de la cédula de identidad número UNO – MIL CUATROCIENTOS TREINTA Y NUEVE CERO SEISCIENTOS VEINTISIETE, ii) **CINCUENTA CUOTAS** a favor de **DANIELA GARCÍA RAMÍREZ**, mayor de edad, soltera, asistente legal, vecina de San José, Mata Redonda, Torre Condado del Parque, portadora de la cédula de identidad UNO – MIL SETECIENTOS SETENTA – CERO OCHOCIENTOS SETENTA Y DOS, quedando ambos como dueños de la totalidad del capital social de **RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA**, ES TODO, San José, 18 de julio de 2024.



Debtor Name   _____

Case number_26-14283-JNP_____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

None.

Debtor Name _____     Case number 26-14283-JNP

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Debtor was to be responsible for 100% the non-debtor's foreign tax payments There is no written tax sharing agreement.

Debtor Name _____

Case number 26-14283-JNP

---

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

One or more former employees of the non-debtor entity has/have made claims for unpaid wages, benefits, and statutory severance.  See attached.  The non-debtor has obligations to the Costa Rica Social Security system known as the Caja Costarricense de Seguro Social.  See attached.  The debtor has incurred fees for legal and accounting services in Costa Rica on behalf of the non-debtor entity.  See attached.



# DEFENSA PÚBLICA LABORAL

## INVITACIÓN A CONCILIAR
## MOTIVO:
## PAGO DE SALARIOS ADEUDADOS y PRESTACIONES

PARTE TRABAJADORA:    **VALERIA CHACÓN REYES**
PARTE EMPLEADORA:    **Rmg Erectors & Constructors, S.R.L.**

Señores
Rmg Erectors & Constructors, **S.R.L.**

Estimados señores:

Quien suscribe, Flora Cerda Montero, **Defensora Pública de la Unidad Laboral**, con respeto manifiesto:

Fundamentada en el artículo 457 del Código de **Trabajo la señora** VALERIA CHACÓN REYES, documento de identidad número 2-0718-0470 ha señalado el interés de conciliar.

Puede comunicarse con la Defensora Pública Flora Cerda Montero antes del 27 de abril del 2026, al correo electrónico fcerda@poder-judicial.go.cr o al teléfono 2212-0021, si existe el interés o no de conciliar en el presente proceso.

VALERIA CHACÓN REYES
TRABAJADORA

FLORA CERDA MONTERO
ABOGADA DE ASISTENCIA SOCIAL



Case 26-14283-JNP   Doc 39   Filed 05/04/26   Entered 05/04/26 18:33:00   Desc Main
Document   Page 18 of 23

Rp_est_cta_est_ac v1.2

**CAJA COSTARRICENSE DE SEGURO SOCIAL**

Sistema Centralizado de Recaudación

Emitido en : *ESTADO SIN SUCURSAL UBICADA*

Usuario:

Fecha:16/MAR/2026

Pag.   1   de 1

## ESTADO DE CUENTA ACTUAL POR CÉDULA

Cédula: 3102910114

Nombre/Razón Social: RMG ERECTORS &amp; CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA

Patrono:   2-03102910114-001-001   RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABILIDAD LIMITADA

Pat.antiguo:   ---

Dirección:   CTRO CORPOR NUCLEO SABANA, OFIC. DE RMG EN EL COWORKING

Teléfono   Sin Teléfono

Lugar de Pago   OFI. CENTRALES

| Periodo | Tipo | Cuotas Ob | Cuotas Pat | Cuotas Lpt | Cuotas Esp | Int Ob | Int Pat | Int Lpt | Int Esp | Multas | Total | Estado | Situa. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2025 | ADI | 822,708 | 1,248,099 | 488,282 | 0 | 12,265 | 18,606 | 6,065 | 0 | 0 | 2,596,045 | CAD | --- |
| 12/2025 | PIA | 882,493 | 1,338,797 | 524,754 | 0 | 6,547 | 9,935 | 3,202 | 0 | 0 | 2,765,728 | CJD | --- |
| 01/2026 | PIA | 906,831 | 1,368,086 | 530,445 | 0 | 2,856 | 4,308 | 1,419 | 0 | 0 | 2,813,945 | CAD | --- |
| 03/2026 | ESP | 0 | 0 | 0 | 178,250 | 0 | 0 | 0 | 0 | 0 | 178,250 | CAD | --- |
| | | 2,612,032 | 3,954,982 | 1,544,481 | 178,250 | 21,668 | 32,849 | 10,686 | 0 | 0 | 8,355,868 | | |
| Total Cédula | | 2,612,032 | 3,954,982 | 1,544,481 | 178,250 | 21,668 | 32,849 | 10,686 | 0 | 0 | 8,355,868 | | |

Total Servicios Médicos sin Facturar   68,541

Responsabilidades Solidarias / Fusiones:

Número Patronal   Nombre del Patrono/Trab Indep   Monto

Total Responsabilidad Solidaria: / Fusiones:   0

TOTAL GENERAL:   8,355,868

TOTAL ADEUDADO DE LAS FACTURAS LIGADAS AL CONVENIO ADMINISTRATIVO:   0

AUXADI CORREA S.A

**AUXADI**

Cédula: 3101516652
Dirección: San José, Mata Redonda, Oficentro ejecutivo la Sabana, Torre 4, Primer Piso,
Local 6
Teléfono: 22053822
Email: facturacionresolve@auxadi.com

**00100001010000007815**

Clave de Documento

50606012600310151665200100001010000007815108050556

Fecha de Emision
2026-01-6 12:42:49

Acividad Economica: 741203

---

## RMG ERECTORS & CONSTRUCTORS SOCIEDAD DE RESPONSABI

Número de identificación: 3102910114
Dirección: San Jose
Teléfono: 40005243
E-mail: sharonm@rmgerectors.com

### Informacion de pago

Condición de Venta:Contado
Tipo de Cambio:500.4
Código de Moneda:USD
Medio de pago:Efectivo
Plazo de crédito:30

---

## Lineas de detalle

| # | Descripcion | Cantidad | Precio | Impuesto | Descuento | Subtotal | Total |
|---|-------------|----------|--------|----------|-----------|----------|-------|
| 1 | Sp/Acc., Rep., Admin. & Tax Compl. Services – On Goin Código CAByS:8222300000000 | 1 | 750.00 | 97.50 | 0 | 750.00 | 847.50 |
| 1 | Sp/Acc., Rep., Admin. & Tax Compl. Services – Yearly Código CAByS:8222300000000 | 1 | 125.00 | 16.25 | 0 | 125.00 | 141.25 |
| 1 | Sp/Technology Services – Accounting/Tax Services Código CAByS:8222300000000 | 1 | 123.75 | 16.09 | 0 | 123.75 | 139.84 |
| 1 | Sp/Elaboración de 10 nóminas – December 2025 Código CAByS:8222300000000 | 1 | 500.00 | 65.00 | 0 | 500.00 | 565.00 |

Total Gravados: 1498.75

Total Venta Neta: 1498.75

**Notas:**

Total Impuesto: 194.84

Total Comprobante: 1693.59



ESTA FACTURA DEVENGARA INTERES MORATORIO DEL 4% MENSUAL ESTA FACTURA CONSTITUYE TITULO EJECUTIVO DE ACUERDO CON LAS PRESCRIPCIONES DEL ART.460 DEL CODIGO DE COMERCIAL VIGENTE.

Autorizado mediante la resolución N° MH-DGT-RES-0027-2024 del 13-11-2024 08:20:00

Versión de Documento Electronico: 4.4

# AGUILAR CASTILLO LOVE

## Aguilar Castillo Love SRL 2 Ext

Centro Corporativo Plaza Roble, Edificio El Pórtico, III Nivel
Costa Rica, San José, Costa Rica
T. (506) 2222-3838 •
TAX ID : 3-102-728381

**Bill:** 20260114

| | |
|---|---|
| **0962 \| RMG Erectors & Constructors of Montana LLC** | |
| **RMG Erectors & Constructors of Montana LLC** | Date: 17/02/2026 |
| **NIT: 843632395** | |
| **Phone:** | Client No.: 0962 |
| **E-Mail:** | Currency: Dollars |
| | Payment Terms: Cash |
| | Payment Method: Bank Transfer – Bank Deposit |

PO Box 919 Sewell NJ 08080
Costa Rica

**MATTER: Proxy holder and Legal Domicile**

Dear Sirs,

Enclosed please find a description of the services rendered through 17 February.

| | | |
|---|---|---|
| Subtotal: | USD$ | 1,400.00 |
| VAT 13% | | 182.00 |
| Total: | USD$ | 1,582.00 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following thirty calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | BAC San José (Formerly: Banco San José, S.A.) |
| Place: | ACL SRL COSTA RICA |
| Account: | CR63010200009296796869 |
| Cuenta CLABE: | BSNJCRSJ |
| SWIFT CODE: | BSNJCRSJ |

Please settle the following reference number in your payments: 0962

Very truly yours,

Billing and Collection Area

# AGUILAR CASTILLO LOVE

## Aguilar Castillo Love SRL 2 Ext

**0962 | RMG Erectors & Constructors of Montana LLC**
**RMG Erectors & Constructors of Montana LLC**
**NIT: 843632395**
**Phone:**
**E-Mail:**

PO Box 919 Sewell NJ 08080
Costa Rica

**Proxy holder and Legal Domicile**

**Proxy holder and Legal Domicile November and December**

| | |
|---|---|
| **Bill:** | **20260114** |
| Date: | 17/02/2026 |
| Partner: | EAG |
| Executive: | EAG |
| Client No.: | 0962 |
| Currency: | Dollars |
| Payment Terms: | Cash |
| Payment Method: | Bank Transfer – Bank Deposit |

| | | |
|---|---|---|
| SUBTOTAL: | USD$ | 1,400.00 |
| V.A.T. 13%: | USD$ | 182.00 |
| TOTAL: | USD$ | 1,582.00 |

# AGUILAR CASTILLO LOVE

## Aguilar Castillo Love SRL 2 Ext

Centro Corporativo Plaza Roble, Edificio El Pórtico, III Nivel
Costa Rica, San José, Costa Rica
T. (506) 2222-3838 •
TAX ID : 3-102-728381

**0962 | RMG Erectors & Constructors of Montana LLC**
**RMG Erectors & Constructors of Montana LLC**
NIT: 843632395
Phone:
E-Mail:

PO Box 919 Sewell NJ 08080
Costa Rica

| | |
|---|---|
| **Bill:** | **20260226** |
| Date: | 09/03/2026 |
| Client No.: | 0962 |
| Currency: | Dollars |
| Payment Terms: | Cash |
| Payment Method: | Bank Transfer – Bank Deposit |

MATTER: Proxy holder and Legal Domicile

Dear Sirs,

Enclosed please find a description of the services rendered through 31 January.

| | | |
|---|---|---|
| Subtotal: | USD$ | 700.00 |
| VAT 13% | | 91.00 |
| Total: | USD$ | 791.00 |

We would appreciate your remittance by wire transfer to any of the bank accounts listed below, within the following thirty calendar days as of the date of this letter.

For wire transfers in Dollars:

| | |
|---|---|
| Beneficiary Bank: | BAC San José (Formerly: Banco San José, S.A.) |
| Place: | ACL SRL COSTA RICA |
| Account: | CR63010200009296796869 |
| Cuenta CLABE: | BSNJCRSJ |
| SWIFT CODE: | BSNJCRSJ |

Please settle the following reference number in your payments: 0962

Very truly yours,

Billing and Collection Area

# AGUILAR CASTILLO LOVE

## Aguilar Castillo Love SRL 2 Ext

**Bill:** **20260226**

**0962 | RMG Erectors & Constructors of Montana LLC**
**RMG Erectors & Constructors of Montana LLC**
**NIT: 843632395**
**Phone:**
**E-Mail:**

PO Box 919 Sewell NJ 08080
Costa Rica

| | |
|---|---|
| Date: | 09/03/2026 |
| Partner: | EAG |
| Executive: | EAG |
| Client No.: | 0962 |
| Currency: | Dollars |
| Payment Terms: | Cash |
| Payment Method: | Bank Transfer – Bank Deposit |

**Proxy holder and Legal Domicile**

**Proxy holder and Legal Domicile January 2026**

| | | |
|---|---|---|
| **SUBTOTAL: USD$** | | **700.00** |
| **V.A.T. 13%: USD$** | | **91.00** |
| **TOTAL: USD$** | | **791.00** |