**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF NEW JERSEY**

IN THE MATTER OF:                                    Chapter 11

RMG Erectors & Constructors of Montana, LLC          Case No.: 26-14283 (JNP)

Debtor.

---

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )    Debtor's petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( )    No unsecured creditor responded to the United States Trustee solicitation to serve on the committee.

**(X)    Insufficient response to the United States Trustee solicitation to serve on the committee.**

( )    No unsecured creditor interest.

( )    Non-operating debtor-in-possession - No creditor interest.

( )    Application to convert to Chapter 7 or to dismiss pending.

( )    Converted or dismissed.


**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**


*/s/    Lauren Bielskie*
Lauren Bielskie
DATED: May 6, 2026                                  Acting Assistant United States Trustee

Jeffrey M. Sponder
Trial Attorney