UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
Sarah A. Moynihan, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com
smoynihan@ciardilaw.com

**Order Filed on May 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

RMG ERECTORS & CONSTRUCTORS
OF MONTANA, LLC,

Debtor.

Case No.:    26-14283
Judge:       JNP
Chapter:     11

Recommended Local Form:    ☒ Followed        ☐ Modified

## ORDER AUTHORIZING RETENTION OF PROFESSIONAL CIARDI CIARDI & ASTIN AS COUNSEL TO THE DEBTOR

The relief set forth on the following page, numbered (2) two is hereby **ORDERED**.

**DATED: May 12, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(check all that apply)   ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13

☒ Debtor:   ☒ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   Ciardi Ciardi & Astin
Address of Professional:   1905 Spruce Street
Philadelphia, PA 19103

(check all that apply)   ☒ Attorney for:

☐ Trustee   ☒ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel

☐ Auctioneer   ☐ Other (Specify): _____

Upon the Debtor's Application to retain Ciardi Ciardi & Astin ("CC&A") as Counsel for the above-captioned Debtor, it is hereby **ORDERED**:

1.   That the Debtor is authorized to retain CC&A as counsel in this proceeding, in accordance with the terms of retention as set forth in the Application and the Certification of Albert A. Ciardi, III (the "Ciardi Certification") to the extent set forth below.

2.   CC&A shall apply for compensation and professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-

1(a), the United States Trustee Guidelines, and such other procedures as may be fixed by order of this Court.

3.      CC&A will keep its time records in tenth-of-an-hour increments in accordance with Local Rule 2016-1 of this Court and shall otherwise comply with the requirements of that Local Rule, as well as Bankruptcy Rule 2016(a), and the United States Trustee Fee Guidelines.

4.      Notwithstanding anything in the Application or the Ciardi Certification to the contrary, CC&A will only bill fifty percent (50%) of its professionals' hourly rate for non-working travel and shall provide all monthly fee statements, interim fee applications, and final fee applications in searchable electronic format to the U.S. Trustee.

5.      Notwithstanding anything in the Application and Ciardi Certification to the contrary and for the avoidance of doubt, CC&A will not be entitled to recover attorneys' fees or expenses for defending its fee applications in this chapter 11 case.

6.      Prior to applying any increases in its hourly rates, CC&A shall provide ten (10) business days' notice of any such increases to the Debtor, any statutory committees appointed in this case, and the U.S. Trustee, and shall file such notice with the Court. Parties-in-Interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code.

7.      Notwithstanding anything in the Application and the Ciardi Certification to the contrary, CC&A shall (i) to the extent that CC&A uses the services of independent contractors or subcontractors (collectively, the "Contractors") in this case, pass through the cost of such Contractors at the same rate that CC&A pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for CC&A; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach

any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in this case.

8.      No agreement or understanding exists between CC&A and any other person, other than as permitted by Bankruptcy Code section 504, to share compensation received for services rendered in connection with this case, nor shall CC&A share or agree to share compensation received for services rendered in connection with this case with any other person other than as permitted by Bankruptcy Code section 504.

9.      To the extent there is any inconsistency among the terms of the Application and the Ciardi Certification submitted in support and this Order, the terms of this Order shall govern.

10.     This Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from the implementation, interpretation, and enforcement of this Order.

11.     The effective date of retention is <u>April 17, 2026</u>, the petition date on which the above-captioned bankruptcy case was filed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 26-14283-JNP

RMG Erectors & Constructors of Montana,                                       Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + RMG Erectors & Constructors of Montana, LLC, PO Box 919, Sewell, NJ 08080-0919 |
| aty | + Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor RMG Erectors & Constructors of Montana  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Jennifer Cranston McEntee | on behalf of Debtor RMG Erectors & Constructors of Montana  LLC jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| Scott J. Freedman | on behalf of Interested Party Therm-All  Inc., t/a/Therm-All sfreedman@dilworthlaw.com, ctomlin@dilworthlaw.com |
| Thomas Pinney | on behalf of Creditor Firstrust Bank pinneyt@whiteandwilliams.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 12, 2026                       Form ID: pdf903                               Total Noticed: 2

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6