| Fill in this information to identify the case: | |
|---|---|
| Debtor name   RMG Erectors & Constructors of Montana, LLC | |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY | |
| Case number (if known)   26-14283 | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 15, 2026       X _____
                                    Signature of individual signing on behalf of debtor

                                    Robert Mesmer
                                    Printed name

                                    Founder, President, CEO
                                    Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      RMG Erectors & Constructors of Montana, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   26-14283

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................    $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $        634,215.41

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $        634,215.41

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $      5,800,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $          2,357.80

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      9,555,821.56

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                                                                             $      15,358,179.36

Fill in this information to identify the case:

Debtor name    RMG Erectors & Constructors of Montana, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)   26-14283

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | JP Morgan Chase | Checking | 2968 | $1,512.36 |
| 3.2. | TD Bank | Checking | 5607 | $0.00 |
| 3.3. | TD Bank | Checking | 8411 | $20.00 |
| 3.4. | TD Bank | Checking | 8437 | $20.00 |
| 3.5. | Firstrust Bank | Checking | 2560 | $0.00 |
| 3.6. | Firstrust Bank | Checking | 2578 | $105,352.24 |
| 3.7. | Firstrust | Checking | 2586 | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number *(if known)* 26-14283 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.8. | Firstrust Bank | Checking | 2594 | $250,005.77 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$356,910.37

<table><tr><td>Part 2:</td><td>Deposits and Prepayments</td></tr></table>

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit for Office Lease (Tennessee); Highwoods | $12,747.50 |

| | | |
|---|---|---|
| 7.2. | Security Deposit for Office Lease (Costa Rica); Regus | $5,042.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$17,789.50

<table><tr><td>Part 3:</td><td>Accounts receivable</td></tr></table>

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.** **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 2,445,075.86 | - | 2,185,560.32  = .... | $259,515.54 |
| | face amount | | doubtful or uncollectible accounts | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 2,932,763.35 | - | 2,932,763.35  =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$259,515.54

<table><tr><td>Part 4:</td><td>Investments</td></tr></table>

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | RMG Erectors & Constructors of Montana, LLC | | Case number *(If known)* 26-14283 | |
|---|---|---|---|---|
| | Name | | | |

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** | | | | |
| Building materials | None | $1,000,000.00 | | $0.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

| | $0.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2020 Dodge Ram 2500 - Black VIN 3CUR5TL7LG272210 Leased by Debtor from 308 Baron, LLC | Unknown | Leased | $0.00 |

| Debtor | RMG Erectors & Constructors of Montana, LLC | | Case number *(if known)* 26-14283 | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.2. | 2020 Dodge Ram 2500, White<br>VIN 3C6UR5FL0LG245295<br>Leased by Debtor from 308 Baron, LLC | $0.00 | Leased | | $0.00 |
| 47.3. | 2022 Dodge Ram 2500 - White<br>VIN 3C6UR5JL8NG176625<br>Leased by Debtor from 308 Baron, LLC | Unknown | Leased | | $0.00 |
| 47.4. | 2022 Dodge Ram 2500, Gray<br>VIN 3C6UR5JL7NG235681<br>Leased by Debtor from 308 Baron, LLC | Unknown | Leased | | $0.00 |
| 47.5. | 2021 Dodge Ram 2500, Black<br>VIN 3C6UR5JL1MG522643<br>Leased by Debtor from 308 Baron, LLC | Unknown | Leased | | $0.00 |
| 47.6. | 2020 Dodge Ram 2500, White<br>VIN 3C6UR5JLG297365<br>Leased by Debtor from 308 Baron, LLC | Unknown | Leased | | $0.00 |
| 47.7. | 2019 Dodge Ram 2500, Black/White<br>VIN 3C6UR5FLXKG714343<br>Leased by Debtor from 308 Baron, LLC | Unknown | Leased | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | | | |
|---|---|---|---|---|---|
| 49.1. | 1994 Cessna CJ 525, Tail Number N525PL<br>Aircraft leased by Debtor from RMG<br>Aviation, but repossessed by Firstrust Bank<br>on March 31, 2026 | Unknown | Leased | | Unknown |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** | | $0.00 |

Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | RMG Erectors & Constructors of Montana, LLC | | Case number (if known) 26-14283 |
|---|---|---|---|
| | Name | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 105 - 109 Blackwood Bamsboro Road Sewell, NJ 08080 Office Building, warehouse, lean-to, garage, residential structure | Lease | Unknown | Leased | $0.00 |

**56. Total of Part 9.** | | | | | $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** Two (2) Trademarks | Unknown | | Unknown |

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.** | | | $0.00

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Debtor    RMG Erectors & Constructors of Montana, LLC          Case number (If known)  26-14283
          Name

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.    Interests in insurance policies or annuities**

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**
RMG Erectors and Constructors of Montana, LLC
v. American Insurance Corporation; and Venergy Group,
LLC
U.S. District Court for the Western District of NY
Civil Action No.: 6:25-cv-06040-MAV                                          $0.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $2,000,000.00 |

RMG Erectors and Constructors of Montana, LLC v.
Brockton Athletic Association, Inc.;
Superior Court of NJ, Gloucester County
Docket No. L-1391-24                                                          $0.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $25,000.00 |

Shenango Area School District v. GEM Building Contractors
& Developers, Inc.; HHSDR, Inc.; RMG Erectors and
Constructors of Montana, LLC and Campana Building
Consultants
CCP Lawrence County, PA
Civil Action No. 10453 of 2024 C.D.                                          $0.00

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $56,000.00 |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.    Trusts, equitable or future interests in property**

**77.    Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.    Total of Part 11.**
                                                                             $0.00
Add lines 71 through 77. Copy the total to line 90.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    RMG Erectors & Constructors of Montana, LLC                    Case number *(If known)* 26-14283
          Name

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor    __RMG Erectors & Constructors of Montana, LLC__    Case number *(If known)* __26-14283__
          Name

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $356,910.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,789.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $259,515.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $634,215.41 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $634,215.41 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    RMG Erectors & Constructors of Montana, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   26-14283

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**   Firstrust Bank
Creditor's Name
c/o Thomas Pinney, Esquire
White & Williams LLP
1650 Market Street - Suite 1800
Philadelphia, PA 19103
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/16/2023
**Last 4 digits of account number**
6396

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All inventory, chattel paper, accounts, equipment, machinery, furniture and general intangibles

**Describe the lien**
UCC Financing Statement filed in Montana

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: **$5,800,000.00**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$5,800,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name      RMG Erectors & Constructors of Montana, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   26-14283

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>New Jersey Dept of Labor<br>Division of Wage & Hour Compliance<br>PO Box 389<br>Trenton, NJ 08625 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>New Jersey Division of Taxation<br>PO Box 257<br>Trenton, NJ 08646 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,593.19 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>State of New Jersey<br>PO Box 059<br>Trenton, NJ 08646-0059 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $764.61 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
US Dept of Labor, Wage & Hr Division
9 Princess Road
Magnolia, NJ 08049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

20 Airport Road, LLC
27 Airport Road
Glenville, NY 12302

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

22 Airport Road, LLC
27 Airport Road
Glenville, NY 12302

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,500.00 |
|---|---|---|---|

308 Baron, LLC
P.O. Box 2790
Missoula, MT 59806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,420.30 |
|---|---|---|---|

A+ Certified Reporting
501 King Avenue
Cherry Hill, NJ 08002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.65 |
|---|---|---|---|

Action Services, LLC
PO Box 2790
Missoula, MT 59806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143,203.76 |
|---|---|---|---|

ADP, Inc.
400 Covina Blvd
San Dimas, CA 91773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,801.76 |
|---|---|---|---|

AFCO Direct
PO Box 371889
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,486.51 |
|---|---|---|---|

Aguilar Castillo Love
Centro Corp Plaza Roble
Edificio El Portico III Nivel
San Jose, Costa Rica

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,693.10 |
|---|---|---|---|

Aiden Augenbaum
767 Willow Springs Boulevard
Franklin, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.75 |
|---|---|---|---|

Airgas
148 Cooliedge Avenue
Bellmawr, NJ 08031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Alston Construction Co.
110 Fieldcrest Avenue
8th Floor, Box 10
Edison, NJ 08837

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,541.25 |
|---|---|---|---|

ALT Digital Strategies, LLC
18441 Park Meadow Ct
Elkridge, MD 21075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,859.34 |
|---|---|---|---|

AMD Distribution
PO Box 227
Spring Valley, MN 55975

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|

Archer Cargo
8301 S. Cass Avenue
Darien, IL 60561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Asociated Building Maintenance, Inc.
P.O. Box 369
Montgomery, NY 12549

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,100.00 |
|---|---|---|---|

Associated Builders & Contractors
139 Gaither Drive, Ste 1
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.11 |
|---|---|---|---|

AT&T
PO Box 66463

Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,000.00 |
|---|---|---|---|

AutoMak Assembly, Inc.
1190 Arrowhead Court
Crown Point, IN 46307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Banneker-THG JV LLC
1738 Elton Road
Suite 215
Silver Spring, MD 20903

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,329.62 |
|---|---|---|---|

Barnhart
Dept. 1906
PO Box 2153
Birmingham, AL 35287

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Bascon, Inc.
607-500 Redna Terrace
Cincinnati, OH 45215

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Bashert Farms, LLC
65 Old Indian Road
Milton, NY 12547

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

---

**3.23** | **Nonpriority creditor's name and mailing address**
BBL Construction Services, LLC
302 Washington Avenue Extension
Albany, NY 12203

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
BDL Hangars, LLC
c/o Ascend Aviation Services LLC
24120 Tomball Parkway - Suite 150
Tomball, TX 77375

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
Berkley Industrial Comp
1 Metroplex Drive
Suite 500
Birmingham, AL 35209

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,504.08**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
Birmingham Industrial Construction, LLC
105 Corporate Woods Circle
Alabaster, AL 35007-4863

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
Bluebeam
443 S. Raymond Avenue
Pasadena, CA 91105

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$880.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
Bradley Medford
7 Wellington Court
Mount Laurel, NJ 08054

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
Brockton Athletic Association, Inc.
1 Feinberg Way
Brockton, MA 02301

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**$25,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Brucha
4949 S. Syracuse Street
Suite 550
Denver, CO 80237

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$166,338.84**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,766.05 |
|---|---|---|---|

Chapman Landscaping
330 North Woodbury Road
Pitman, NJ 08071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,432.09 |
|---|---|---|---|

Chubb
PO Box 7247-0180
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

Cision
1775 Tysons Blvd., 5th Floor
Mc Lean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167,705.44 |
|---|---|---|---|

CNA Insurance
PO Box 74007619
Chicago, IL 60674-7619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,156.99 |
|---|---|---|---|

Cohen Seglias Pallas Greenhall & Furman
1600 Market Street
32nd Floor
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,687.97 |
|---|---|---|---|

Comtec
2658 NW Blvd
Vineland, NJ 08360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Consigli Construction Co., Inc.
1155 6th Avenue
12th Floor
New York, NY 10036

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,261.74 |
|---|---|---|---|

CT Corporation
PO Box 4349
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Daniela Valenciano Jimenez
East 11th Avenue
Lalo Apt 3rd Floor, Apartment 6
San Pedro, Montes De Oca
San Jose, Costa Rica 11501
506 8818 1621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,389.10 |
|---|---|---|---|

Dean Aircraft Services
2913 Hwy 11 South
Meridian, MS 39307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Diamond Basball Holdings, LLC
1330 Avenue of the Americas
Suite 24A
New York, NY 10019

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Dove Contracting, Inc.
195 Old Plank Road
Washington, PA 15301

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524,475.00 |
|---|---|---|---|

Eagles Stadium Operator, LLC
One NovaCare Way
NovaCare Complex
Philadelphia, PA 19145

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,588.64 |
|---|---|---|---|

Edmonds Aviation
3001 Earhart Drive
Jonesboro, AR 72401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.00 |
|---|---|---|---|

Ellis Medicine
PO Box 29930
New York, NY 10087-9930

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Empower
PO Box 561148
Denver, CO 80256-1148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329,814.68 |
|---|---|---|---|

Equipment Share
PO Box 650429
Dallas, TX 75265-0429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,387.00 |
|---|---|---|---|

Falk Panel, LLC
1782 Northridge Drive NW
Grand Rapids, MI 49544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,663.50 |
|---|---|---|---|

Fernando Rivera
2334 Newcut Road
Columbia, TN 38401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,897.35 |
|---|---|---|---|

Flight Group, LLC
PO Box 152
Jonesboro, AR 72403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,965.47 |
|---|---|---|---|

Franklin Mutual
5 Broad Street
PO Box 400
Branchville, NJ 07826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

FRB LLC d/b/a Chesapeake Bay Steel
3468 Westminster Avenue
Norfolk, VA 23504

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,230.25 |
|---|---|---|---|

Garden State Security Group
41 S.   Route 73
Bldg 1 Suite 204
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No    ☐ Yes

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.07 |
|---|---|---|---|

Globe Petroleum
9 Central Avenue
Red Bank, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,770.01 |
|---|---|---|---|

Haefele Flanagan & Co. PC
1000 S. Lenola Rd
Bldg 2, Ste 200
Maple Shade, NJ 08052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.75 |
|---|---|---|---|

Hart Fueling
PO Box 845465
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,063.13 |
|---|---|---|---|

Highwoods Properties
PO Box 409355
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Highwoods Realty Limited Partnership
3322 West End Ave
Suite 600
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.95 |
|---|---|---|---|

Hollingshead Aviation
300 Doug Warpoole Rd
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,382.00 |
|---|---|---|---|

Humani HR Co
311 Plus Park Blvd
Suite 290
Nashville, TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Indiana Dept of Revenue
PO Box 1028
Indianapolis, IN 46206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|--------|---------------------------------------------|------------------------|----------|
|        | Name                                        |                        |          |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

Indiana Testing, Inc.
881 S. Girls School Road
Indianapolis, IN 46231-1133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,302.46 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

IPFS Corporation
3522 Thomasville Rd
Suite 400
Tallahassee, FL 32309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,445.84 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

J2 Techology Solutions
PO Box 10
Pitman, NJ 08071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

JA Riggs Tractor Company
9125 Interstate 30
Little Rock, AR 72209

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

JGas Aviation d/b/a Waypoint Aviation
500 Wilmer Avenue
Cincinnati, OH 45226

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,233.39 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

Justin McErlain
810 Sunrise Avenue
Woodbury, NJ 08096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

Karen Viviana Calvo Vargas
300 Mts este del Mini Super Montufar
Florencia del Castillo, La Union
Cartago, Costa Rica
506 84000 1028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,641.02 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

Latham Morss
608 Hunt Court
Franklin, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | LeChase Construction Services, LLC<br>11849 East Corning Road<br>Corning, NY 14830 | ☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | LGA Partners<br>1425 Forbes Avenue<br>Suite 400<br>Pittsburgh, PA 15219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,025.50 |
|---|---|---|---|
| | Linda Doppler<br>207 Swedes Run Drive<br>Riverside, NJ 08075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357,704.26 |
|---|---|---|---|
| | Lodging IQ<br>11021 E. 26th St N.<br>Suite 100<br>Wichita, KS 67226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | LSI Development Group, LLC<br>27 Airport Road<br>Glenville, NY 12302 | ☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,365.99 |
|---|---|---|---|
| | Mark McGann<br>52 W. First Avenue<br>Mantua, NJ 08051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,265,107.51 |
|---|---|---|---|
| | MBCI<br>PO Box 840326<br>Dallas, TX 75284-0326 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,790.00 |
|---|---|---|---|
| | MBS Technology/Steel Pros<br>13 West Marion Street<br>Pontotoc, MS 38863 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address<br>McMahon's Contract Exteriors<br>105 Weller Lane<br>Gallatin, TN 37066 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address<br>Metal Building Contractors<br>& Erectors Association<br>PO Box 3429<br>Bethlehem, PA 18017 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $525.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address<br>Metal Building Software<br>5950 14th Street<br>Fargo, ND 58104-7619 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,275.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address<br>Michael Elso<br>420 Annapolis Circle<br>Hermitage, TN 37076 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,529.26 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address<br>Montana City DG, LLC<br>361 Summit Boulevard<br>Suite 110<br>Birmingham, AL 35243 | As of the petition filing date, the claim is: Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address<br>Nabholz Construction<br>1718 Aldersgate Road<br>Little Rock, AR 72205 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address<br>Norbec<br>97 de Vaudreuil<br>Boucherville QC J4B 1K7 Canada | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $505,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address<br>Northeast Eye Center<br>767 Troy - Schenectady Rd #3<br>Latham, NY 12110 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No    ☐ Yes | |

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

Ohio Bureau of Workers' Compensation
PO Box 89492
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

One Eleven Motorcars
111 Alpha Drive
Franklin, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,883.02 |
|---|---|---|---|

Oracle
500 Oracle Parkway
Redwood City, CA 94065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

PGCS Albany Owner, LLC
99 Rolling Hill Road
Hampstead, NH 03841

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524,475.00 |
|---|---|---|---|

Philadelphia Eagles, LLC
NovaCare Complex
One NovaCare Way
Philadelphia, PA 19145

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,326.00 |
|---|---|---|---|

Progressive
PO Box 7247-0311
Philadelphia, PA 19170-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.00 |
|---|---|---|---|

ProsperSpark, LLC
18317 Meredith Avenue
Elkhorn, NE 68022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,772.07 |
|---|---|---|---|

Rebecca Risk
16525 Mossey Hope Street
Midlothian, VA 23112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.00 |
|---|---|---|---|

Redy Battery
1722 Hurffville Road
Sewell, NJ 08080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,847.71 |
|---|---|---|---|

Regus Jersey Limited
22 Grenville St
St Helier, Jersey JE4 8PX
Islas del Canal, Jersey

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Republic Construction Corp.
7814 Monarch Court
Delray Beach, FL 33446

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,948.56 |
|---|---|---|---|

Rigging NYC
1178 Broadway
3rd Floor, #3127
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

Riversource Life Insurance co
70200 Ameriprise Financial Center
Minneapolis, MN 55474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430,000.00 |
|---|---|---|---|

Robert D. Mesmer
Sharon Mesmer
4308 Shetland Way
Westville, NJ 08093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,571.00 |
|---|---|---|---|

Romeo's Termite & Pest Control LLC
713 Jefferson Drive
Blackwood, NJ 08012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,571.00 |
|---|---|---|---|

Rutherford County
PO Box 1316
Murfreesboro, TN 37133-1316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,352.60 |
|---|---|---|---|

Ryan Roberts
4008 Power Trail
Spring Hill, TN 37174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.90 |
|---|---|---|---|

Safeguard
PO Box 210
Grenloch, NJ 08032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,027.98 |
|---|---|---|---|

Sandra Taylor
607 Blue Ridge Drive
Columbia, TN 38401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,572.50 |
|---|---|---|---|

SCMW Solutions, LLC
20711 Douglas Park Ct
Katy, TX 77450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Seminole Improvement District
4001 Seminole Pratt Whitney Road
Loxahatchee, FL 33470

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475,000.00 |
|---|---|---|---|

Shenango Area School District
2501 Old Pittsburgh Road
New Castle, PA 16101

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,998.38 |
|---|---|---|---|

Sims Crane & Equipment
PO Box 11825
Tampa, FL 33680

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

Debtor   RMG Erectors & Constructors of Montana, LLC ____    Case number (if known)   26-14283
         Name

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Sky Harbour Opa Locka Airport, LLC | | |
| | c/o Sky Harbour Group | | |
| | Attn:   Will Whiteshell | | |
| | 136 Tower Road - Suite 205 | ☒ Contingent | |
| | West Harrison, NY 10604 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,074.83 |
|---|---|---|---|
| | St. Liberty, LLC | | |
| | 1560 Sawgrass Corp Parkway | | |
| | 4th Floor | ☐ Contingent | |
| | Fort Lauderdale, FL 33323 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.10 |
|---|---|---|---|
| | Starr Septic | | |
| | 3017 Delsea Drive | ☐ Contingent | |
| | Franklinville, NJ 08322 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363,000.00 |
|---|---|---|---|
| | Stearns, Conrad and Schmidt Consulting | | |
| | 3900 Kilroy Airport Way | | |
| | Suite 300 | ☐ Contingent | |
| | Long Beach, CA 90806 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Breach of Contract | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,640.00 |
|---|---|---|---|
| | Steel Erectors Association of America | | |
| | 4948 Martin View Lane | | |
| | Suite 207 | ☐ Contingent | |
| | Winston Salem, NC 27104 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Steelcon | | |
| | 75 Pleasant Hill Road | ☒ Contingent | |
| | Chester, NJ 07930 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583,933.25 |
|---|---|---|---|
| | Sunbelt Rentals | | |
| | PO Box 409211 | ☐ Contingent | |
| | Atlanta, GA 30384 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

---

**3.116** | Nonpriority creditor's name and mailing address
Supporting Strategies
16 Drum Hill Drive
New Brunswick, NJ 08901

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$30,877.00**

---

**3.117** | Nonpriority creditor's name and mailing address
Sussex Construction, Inc.
3051 Cabernet Drive
Suite #3
Helena, MT 59601

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**Unknown**

---

**3.118** | Nonpriority creditor's name and mailing address
Tate Ornamental
418 Industrial Drive
White House, TN 37188

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**Unknown**

---

**3.119** | Nonpriority creditor's name and mailing address
TD Bank
4140 Church Road
Mount Laurel, NJ 08054

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  5607

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$10,828.56**

---

**3.120** | Nonpriority creditor's name and mailing address
The Hartford
Business Service Center
3600 Wisemen Blvd
San Antonio, TX 78251

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$4,117.11**

---

**3.121** | Nonpriority creditor's name and mailing address
The Travelers
3110 Fairview Park Drive
Suite 1000
Falls Church, VA 22042

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$240.00**

---

**3.122** | Nonpriority creditor's name and mailing address
Therm All
PO Box 7410686
Chicago, IL 60674

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$239,387.04**

---

**3.123** | Nonpriority creditor's name and mailing address
Thomson Reuters
2900 Ames Crossing Road
Saint Paul, MN 55121

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$3,594.96**

---

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page 17 of 21

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,541.00 |
|---|---|---|---|

**Tire Corral**
1144 Black Horse Pike
Grenloch, NJ 08032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.95 |
|---|---|---|---|

**Triangle Fastener Corporation**
213 Nesbitt Lane
Madison, TN 37115-2612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,430.00 |
|---|---|---|---|

**Trimble, Inc**
10368 Westmoor Drive
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.50 |
|---|---|---|---|

**Ulbrich-Scull Investigations**
PO Box 428
Northfield, NJ 08225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,998.30 |
|---|---|---|---|

**United Rental**
PO Box 100711
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**United States of America**
Attn:   Willie Common, Contracting Officer
495 Harpe Boulevard
Columbus, MS 39710-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Valeria Alexandra Cachon Reyes**
125M Sur De Facultad De Derecho, UCR
Condominio Donix, Apt. 3A
San Pedro, Montes de Oca
San Jose, Costa Rica   11801
506 8884 2401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650,000.00 |
|---|---|---|---|
| | Venergy Group, LLC | | |
| | 3130 Seminole Road | ☐ Contingent | |
| | Fort Pierce, FL 34951 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Breach of Contract | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,100.00 |
|---|---|---|---|
| | Verna & Associates | | |
| | 105 Jessup Road | ☐ Contingent | |
| | Suite 100 | ☐ Unliquidated | |
| | Thorofare, NJ 08086 | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.88 |
|---|---|---|---|
| | Waste Management | | |
| | PO Box 13648 | ☐ Contingent | |
| | Philadelphia, PA 19101 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,021.54 |
|---|---|---|---|
| | White Cap | | |
| | 164799 Edwards Road | ☐ Contingent | |
| | Parsippany, NJ 07054 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,581.40 |
|---|---|---|---|
| | Williams International | | |
| | 125 Northeast 5th Avenue | ☐ Contingent | |
| | Deerfield Beach, FL 33441 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.94 |
|---|---|---|---|
| | Woodys ASPE, LLC | | |
| | PO Box 567 | ☐ Contingent | |
| | Sewell, NJ 08080 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|
| | Xfinity | | |
| | PO Box 70219 | ☐ Contingent | |
| | Philadelphia, PA 19176 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Yates Cultural Recreation Resources | | |
| | 467 North Main Street | ☒ Contingent | |
| | Penn Yan, NY 14527 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Zaida Montero Rubinstein
175M Este de La Capilia de Velacion
San Pablo, Heredia
Costa Rica 40901
506 8876 2400

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No    ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ANI Management Group, Inc.<br>Attn:   Michael Cohen<br>15 Ives Road<br>Hewlett, NY 11557 | Line 3.128<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Highwoods Realty Limited Partnership<br>Manager/Lease Administration<br>150 Fayetteville St, Ste 1400<br>Raleigh, NC 27601 | Line 3.58<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Jullian E. Neiser, Esquire<br>Spillman Thomas & Battle, P.C.<br>301 Grant Street<br>One Oxford Center, Suite 2440<br>Pittsburgh, PA 15219 | Line 3.107<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Kevin O'Brien, Esquire<br>Franklin & O'Brien Legal Services, Inc.<br>P.O. Box 26<br>Snowdon, Montreal, QC, Canada H3X 3T3 | Line 3.84<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Matt Wester, Esquire<br>Lowenstein Sandler, LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Line 3.29<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Matthew McDade, Esquire<br>1310 Twenty Fifth Avenue<br>Gulfport, MS 39501 | Line 3.112<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Michele McKnight, Esquire<br>Zeff Law Firm<br>100 Century Parkway<br>Suite 160<br>Mount Laurel, NJ 08054 | Line 3.28<br>☐ Not listed. Explain ____ | _ |
| 4.8 | The Gladish Law Group<br>3235 45th Street<br>Highland, IN 46322 | Line 3.18<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Theodore M. Baum, Esquire<br>1200 Bausch and Lomb Place<br>Rochester, NY 14604 | Line 3.131<br>☐ Not listed. Explain ____ | _ |

| Debtor | RMG Erectors & Constructors of Montana, LLC | Case number (if known) | 26-14283 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 2,357.80 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 9,555,821.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 9,558,179.36 |

Fill in this information to identify the case:

Debtor name   RMG Erectors & Constructors of Montana, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   26-14283

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease - New Jersey Debtor is the tenant | |
|---|---|---|---|
| | State the term remaining | Expires December 31, 2026 - 2 options to renew for one year each | 105 Baron, LLC P.O. Box 919 Sewell, NJ 08080 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Sky Harbour Development, Bradley International Airport, Connecticut; Debtor is the subcontractor | |
| | State the term remaining | No expiration date | Alston Construction Co. 110 Fieldcrest Avenue 8th Floor, Box 10 Edison, NJ 08837 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Sky Harbour Development, Opa Locka Executive Airport; Debtor is the subcontractor | |
| | State the term remaining | No expiration date | Alston Construction Co. 110 Fieldcrest Avenue 8th Floor - Box 10 Edison, NJ 08837 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  RMG Erectors & Constructors of Montana, LLC _____     Case number (*if known*)  26-14283

First Name          Middle Name          Last Name

 **Additional Page If You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for 274 Currier Road, Belmont NH; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | Associated Building Maintenance, Inc. P.O. Box 369 Montgomery, NY 12549 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Berkeley Heights Training Facility; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | Associated Building Maintenance, Inc. P.O. Box 369 Montgomery, NY 12549 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Cincinnati Municipal Airport - Lunken Field; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | Bascon, Inc. 607-500 Redna Terrace Cincinnati, OH 45215 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for 205 Southern Boulevard Self-Storage Facility; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | BBL Construction Services, LLC 302 Washington Avenue Extension Albany, NY 12203 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Columbus Air Force Base; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | FA302224C0016 | Birmingham Industrial Construction, LLC 105 Corporate Woods Circle Alabaster, AL 35007-4863 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1 __RMG Erectors & Constructors of Montana, LLC__     Case number *(if known)* __26-14283__

    First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Brooklyn Cyclone Batting Tunnel; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | Consigli Construction Co., Inc. 1155 6th Avenue 12th Floor New York, NY 10036 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract for Orphans of the Storm; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | Dove Contracting, Inc. 195 Old Plank Road Washington, PA 15301 |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Sponsorship Agreement; Debtor is a sponsor of sports team | |
|---|---|---|---|
| | State the term remaining | Expires February 28, 2028 | Eagles Stadium Operator, LLC One NovaCare Way NovaCare Complex Philadelphia, PA 19145 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Congressman Elijah Cummings Recreation Center; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | FRB LLC d/b/a Chesapeake Bay Steel 3468 Westminster Avenue Norfolk, VA 23504 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease - Tennessee | |
|---|---|---|---|
| | State the term remaining | June 30, 2029 | Highwoods Realty Limited Partnership 3322 West End Avenue Suite 600 Nashville, TN 37203 |
| | List the contract number of any government contract | | |

| Debtor 1 | RMG Erectors & Constructors of Montana, LLC | | | Case number *(if known)* | 26-14283 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Yates Community Center; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | LeChase Construction Services, LLC<br>11849 East Corning Road<br>Corning, NY 14830 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for 22 Airport Road, Glenville, NY 12302; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | LSI Development Group, LLC<br>27 Airport Road<br>Glenville, NY 12302 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Bashert Farms; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | LSI Development Group, LLC<br>27 Airport Road<br>Glenville, NY 12302 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Tate Ornamental Mill Work Building | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | McMahon's Contract Exteriors<br>105 Weller Lane<br>Gallatin, TN 37066 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Riggs Engine Rebuild Facility; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | | Nabholz Construction<br>1718 Aldersgate Road<br>Little Rock, AR 72205 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | RMG Erectors & Constructors of Montana, LLC | | | Case number *(if known)* | 26-14283 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Office Lease - Costa Rica | |
|---|---|---|---|
| | State the term remaining | Lease expires July 31, 2026 | Regus Jersey Limited 22 Greenville Street St. Helier, Jersey JE4 8PX Islas del Canal, Jersey |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Seminole Improvement District Office Building; Debtor is the subcontractor | |
|---|---|---|---|
| | State the term remaining | No expiration date | |
| | List the contract number of any government contract | Seminole Improvement District Project No. 2024-01 | Republic Construction Corp. 7814 Monarch Court Delray Beach, FL 33446 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Construction subcontract agreement for Dollar General #31362, Old Montana City, Montana | |
|---|---|---|---|
| | State the term remaining | No expiration date | Sussex Construction, Inc. 3051 Cabernet Drive Suite #3 Helena, MT 59601 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___RMG Erectors & Constructors of Montana, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (If known) ___26-14283___

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | 105 Baron, LLC | P.O. Box 919<br>Sewell, NJ 08080 | Firstrust Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | 308 Baron, LLC | P.O. Box 919<br>Sewell, NJ 08080 | Firstrust Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Robert Mesmer | P.O. Box 919<br>Sewell, NJ 08080 | Firstrust Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Sharon Mesmer | P.O. Box 919<br>Sewell, NJ 08080 | Norbec | ☐ D _____<br>☒ E/F ___3.84___<br>☐ G _____ |
| 2.5 | Sharon Mesmer | P.O. Box 919<br>Sewell, NJ 08080 | Firstrust Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name     RMG Erectors & Constructors of Montana, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    26-14283

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | Unknown |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $16,809,682.82 |
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $26,395,504.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | Unknown | Unknown |
| For prior year: From 01/01/2025 to 12/31/2025 | Litigation settlement, cash back rewards, other income | $60,589.84 |
| For year before that: From 01/01/2024 to 12/31/2024 | Interest, gain from disposal of property, miscellaneous income | $88,282.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    RMG Erectors & Constructors of Montana, LLC _____    Case number (if known)  26-14283

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.    See attached | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    To be supplied | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Firstrust Bank<br>108 Marlton Pike East<br>Cherry Hill, NJ 08034 | Debtor's Accounts Receivables | March 26, 2026 | $2,161,547.20 |
| Plane | | | $0.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Firstrust Bank<br>108 Marlton Pike East<br>Cherry Hill, NJ 08034 | Froze funds in two of the Debtor's bank accountsAccount ending 2594; Account ending 2586<br>Last 4 digits of account number: _____ | March 2026 | $170,000.00 |

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## FORM 207:  Statement of Financial Affairs

### 3.  Payments to Creditors Within 90 Days Before Filing

| Date | Document Number | Name | Address | Account | Status | Currency | Amount | Reason for Payment |
|---|---|---|---|---|---|---|---|---|
| 3/30/2026 | VENDPYMT664 | Florida Department of State | 500 S Bronough St · Tallahassee, FL 32399-0250 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 138.75 | Other: State Annual Report |
| 3/30/2026 | VENDPYMT626 | Metallic Products | 7777 Hollister St · Houston, TX 77040 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 5,462.26 | Suppliers or Vendors |
| 3/30/2026 36 | VENDPYMT636 | AFCO Direct | PO Box 371889 · Pittsburgh, PA 15250-7889 | 1005 Cash & Cash Equivalents : Chase Bank 2068 | | US Dollar | (5,010.00) | Other: Insurance |
| 3/24/2026 36 | VENDPYMT645 | Comcast Business | 2905 Circle 75 PKWY SE · Atlanta, GA 30339-4266 | 1005 Cash & Cash Equivalents : Chase Bank 2068 | | US Dollar | (460.58) | Other: Utilities |
| 3/23/2026 | VENDPYMT31 | Atlantic City Electric | PO Box 13610 · Philadelphia, PA 19101 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | (2.99) | Other: Utilities |
| 3/20/2026 | VENDPYMT632 | Waste Management | PO Box 13648 · Philadelphia, PA 19101-3648 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 288.59 | Other: Utilities |
| 3/20/2026 | VENDPYMT627 | J2 Technology Solutions | 11 N Broadway, Pitman, NJ 08071 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 161.29 | Other: Insurance |
| 3/16/2026 | VENDPYMT628 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 15.00 | Services |
| 3/16/2026 | VENDPYMT610 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 900.28 | Services |
| 3/16/2026 | VENDPYMT621 | USI Insurance Services LLC | PO Box 61007 · Virginia Beach, VA 23466 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 158.10 | Other: Insurance |
| 3/13/2026 | VENDPYMT622 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 158.10 | Services |
| 3/13/2026 | VENDPYMT623 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 1,916.92 | Services |
| 3/13/2026 | VENDPYMT612 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 158.10 | Services |
| 3/13/2026 | VENDPYMT611 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 158.10 | Services |
| 3/9/2026 1085 | VENDPYMT619 | BARNHART | 25 Mill St · Middletown, CT 06457 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | Voided | US Dollar | (10,915.90) | Suppliers or Vendors |
| 3/9/2026 1094 | VENDPYMT620 | Equipment Share | PO Box 650429 · Dallas, TX 75265-0429 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | (24,029.30) | Suppliers or Vendors |
| 3/4/2026 | VENDPYMT809 | David Mather | | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 1,000.00 | Other: Business Consulting Services |
| 3/3/2026 | VENDPYMT617 | MOMS Rentals | 3605 W Broadway St · Missoula, MT 59808 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 615.55 | Services |
| 3/3/2026 | VENDPYMT618 | Atlantic City Electric | PO Box 13610 · Philadelphia, PA 19101 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 1,279.21 | Other: Utilities |
| 3/2/2026 | VENDPYMT643 | Garden State Security Group | 1064 Broadway · Albany, NY 12004 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 670.31 | Suppliers or Vendors |
| 3/2/2026 1061 | VENDPYMT615 | Garden State Security Group | 41 S Route 73 Bldg 1 Ste 204 · Hammonton, NJ 08037 | 1235 Cash & Cash Equivalents : First Trust 2735 | | US Dollar | (239.91) | Other: Utilities |
| 2/27/2026 1081 | VENDPYMT615 | Flight Group, LLC | 41 S Route 73 Bldg 1 Ste 204 · Hammonton, NJ 08037 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (1,012.42) | Other: Utilities |
| 2/27/2026 1087 | VENDPYMT634 | IPFS Corporation | 3522 Thomasville Rd Ste 400 · Tallahassee, FL 32309 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (5,698.30) | Other: Insurance |
| 2/20/2026 1088 | VENDPYMT633 | MRCI | PO Box 152 · Jonesboro AR 72403 | 2210 Credit Card : Capital One Spark · 8654 | Voided | US Dollar | (80,085.70) | Services |
| 2/20/2026 1086 | VENDPYMT613 | Williams International Crane Rigging and Service | 1200 US Highway #1, Ste A · N Palm Beach, FL 33408 | 2205 Credit Card : Firstrust CC | | US Dollar | 4,643.68 | Suppliers or Vendors |
| 2/19/2026 1085 | VENDPYMT637 | Metal Supermarkets | 1064 Broadway · Albany, NY 12004 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | (66,143.36) | Suppliers or Vendors |
| 2/17/2026 1 | VENDPYMT635 | Santander | PO Box 660633 · Dallas, TX 75266-0633 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | 1,070.00 | Other: Unsecured Debt (Auto) |
| 2/17/2026 1082 | VENDPYMT647 | Chubb | PO Box 7247-0180 · Philadelphia, PA 19170-0180 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (3,089.34) | Other: Insurance |
| 2/17/2026 1080 | VENDPYMT606 | Chubb | PO Box 7247-0180 · Philadelphia, PA 19170-0180 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (827.66) | Other: Insurance |
| 2/17/2026 1084 | VENDPYMT607 | Chubb | PO Box 7247-0180 · Philadelphia, PA 19170-0180 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (2,580.25) | Other: Insurance |
| 2/17/2026 | VENDPYMT609 | Case Line Networks | 22 Granville St, St Helier, Jersey, JE4 8PX, Iléss del Canal | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 160.62 | Other: Utilities |
| 2/17/2026 | VENDPYMT640 | Pepsi | Jersey Número de registro: 122154 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 2,847.71 | Other: Rent |
| 2/16/2026 | VENDPYMT603 | Williams International Crane Rigging and Service | 1200 US Highway #1, Ste A · N Palm Beach, FL 33408 | 1003 Credit Card : Capital One Spark · 8654 | | US Dollar | (90,312.39) | Suppliers or Vendors |
| 2/16/2026 | VENDPYMT604 | AFCO Direct | PO Box 371889 · Pittsburgh, PA 15250-7889 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (61,946.36) | Other: Insurance |
| 2/16/2026 | VENDPYMT605 | Williams International | 1200 US Highway #1, Ste A · N Palm Beach, FL 33408 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (29,191.33) | Suppliers or Vendors |
| 2/13/2026 | VENDPYMT630 | Development Industries | 915 Hwy 45 · Corinth MS 38834 | 2206 Credit Card : Sparks Capital One 9382 | | US Dollar | 426.50 | Suppliers or Vendors |
| 2/10/2026 | VENDPYMT634 | Triangle Fastener | 213 Hazell Lane · Madison TN 37115-2612 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 340.52 | Suppliers or Vendors |
| 2/10/2026 | VENDPYMT633 | Kragel Supermarkets | 3161 State Rd Unit C · Bessalon, PA 19020 | 2210 Credit Card : Capital One Spark · 8654 | | US Dollar | 670.31 | Suppliers or Vendors |
| 2/4/2026 | VENDPYMT598 | Development Industries | 915 Hwy 45 · Corinth MS 38824 | 2206 Credit Card : Sparks Capital One 9382 | | US Dollar | 2,244.50 | Suppliers or Vendors |
| 2/1/2026 | VENDPYMT599 | Merrian Township | 401 Main Street · Merrian NJ 08051 | 2205 Credit Card : Firstrust CC | | US Dollar | 5,372.78 | Other: Taxes |
| 2/1/2026 | VENDPYMT600 | Deptford Township Tax Collection Office | 1011 Cooper St · Deptford, NJ 08096 | 2205 Credit Card : Firstrust CC | | US Dollar | 1,346.84 | Other: Taxes |
| 1/30/2026 | VENDPYMT601 | Deptford Township Tax Collection Office | 1011 Cooper St · Deptford, NJ 08096 | 2205 Credit Card : Firstrust CC | | US Dollar | 8,621.87 | Other: Taxes |
| 1/30/2026 1076 | VENDPYMT602 | Williams International Crane Rigging and Service | 1200 US Highway #1, Ste A · N Palm Beach, FL 33408 | 2210 Credit Card : Capital One Spark · 8654 | Voided | US Dollar | (156,455.75) | Suppliers or Vendors |
| 1/29/2026 | VENDPYMT638 | Metallic Products | 7777 Hollister St · Houston, TX 77040 | 2205 Credit Card : Firstrust CC | | US Dollar | 235.95 | Suppliers or Vendors |
| 1/29/2026 | VENDPYMT596 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2205 Credit Card : Firstrust CC | | US Dollar | 155.00 | Services |
| 1/29/2026 | VENDPYMT590 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2205 Credit Card : Firstrust CC | | US Dollar | 155.00 | Services |
| 1/29/2026 | VENDPYMT591 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2205 Credit Card : Firstrust CC | | US Dollar | 55.00 | Services |
| 1/29/2026 | VENDPYMT594 | Action Services LLC | 725 SW Higgins Ave · Missoula MT 59803 | 2205 Credit Card : Firstrust CC | | US Dollar | 155.00 | Services |
| 1/29/2026 | VENDPYMT583 | ProperSpark, LLC | 18517 Meredith Ave · Elkhorn NE 68022 | 2205 Credit Card : Firstrust CC | | US Dollar | 712.00 | Other: Professional Service |
| 1/27/2026 | VENDPYMT595 | Lodging IQ | 18517 Meredith Ave · Elkhorn NE 68022 | 2205 Credit Card : Firstrust CC | | US Dollar | 712.00 | Other: Professional Service |
| 1/27/2026 | VENDPYMT597 | Williams International | 11021 E 26th St N Suite 100 · Wichita KS 67226 | 2205 Credit Card : Firstrust CC | | US Dollar | 54,896.92 | Suppliers or Vendors |
| 1/27/2026 | VENDPYMT587 | Williams International | 1200 US Highway #1, Ste A · N Palm Beach, FL 33408 | 2205 Credit Card : Firstrust CC | | US Dollar | 22,083.27 | Suppliers or Vendors |
| 1/27/2026 | VENDPYMT591 | Waste Management | PO Box 13648 · Philadelphia PA 19101-3648 | 2205 Credit Card : Firstrust CC | | US Dollar | 652.18 | Other: Utilities |
| 1/23/2026 | VENDPYMT593 | Ampas | 8001 S Cass Ave · Darien IL 60561 | 2205 Credit Card : Firstrust CC | | US Dollar | 272.65 | Suppliers or Vendors |
| 1/23/2026 | VENDPYMT592 | Archer Cargo | 8065 Rockside Woods Blvd N · Independence OH 44131-2210 | 2210 Credit Card : Capital One Spark · 8654 | Voided | US Dollar | 2,088.50 | Suppliers or Vendors |
| 1/22/2026 1079 | VENDPYMT580 | Herc Rentals | 27500 Riverview Ctr Blvd Ste 100 · Bonita Springs, FL 34134 | 2205 Credit Card : Firstrust CC | | US Dollar | 2,695.37 | Suppliers or Vendors |
| 1/21/2026 1280 | VENDPYMT569 | Limestone Pension Associates, LLC | 3411 Silverside Rd · Wilmington, DE 19810 | 2205 Credit Card : Firstrust CC | | US Dollar | 2,090.90 | Other: Professional Services |
| 1/21/2026 1081 | VENDPYMT570 | Tharm All | PO Box 7410686 · Chicago IL 60674-0686 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (87,187.05) | Suppliers or Vendors |
| 1/21/2026 1062 | VENDPYMT571 | MBS Technology/Steel Pros | 13 West Marron St · Penrisboc, MS 38863 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (3,750.00) | Suppliers or Vendors |
| 1/21/2026 1064 | VENDPYMT572 | MBS Technology/Steel Pros | 13 West Marron St · Penrisboc, MS 38863 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (3,750.00) | Suppliers or Vendors |
| 1/21/2026 1084 | VENDPYMT577 | Supporting Strategies | 16 Drum Hill Drive · Summit NJ 07901 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | Voided | US Dollar | (6,248.00) | Services |
| 1/21/2026 1065 | VENDPYMT576 | Supporting Strategies | 16 Drum Hill Drive · Summit NJ 07901 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (13,134.00) | Services |
| 1/21/2026 1066 | VENDPYMT575 | The Sheriff of Gloucester County | 70 Hunter St · Woodbury NJ 08096 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (3,000.00) | Other: Wage Garnishment |
| 1/21/2026 1067 | VENDPYMT573 | Eastern Lift Truck | PO Box 397 · Maple Shade NJ 08052 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (838.50) | Suppliers or Vendors |
| 1/21/2026 1068 | VENDPYMT579 | Flight Group, LLC | PO Box 152 · Jonesboro AR 72403 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (14,705.00) | Services |
| 1/21/2026 1069 | VENDPYMT578 | Tire Corral | 1144 Black Horse Pike · Gretleoch NJ 08012 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | Voided | US Dollar | (159.78) | Suppliers or Vendors |
| 1/21/2026 1070 | VENDPYMT578 | Cohen Seglias Pallas Greenhall & Furman PC | 1600 Market St 2nd Floor · Philadelphia, PA 19013 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | Voided | US Dollar | (12,107.06) | Other: Professional Services |
| 1/20/2026 1059 | VENDPYMT566 | Cohen Seglias Pallas Greenhall & Furman PC | 1600 Market St 2nd Floor · Philadelphia, PA 19013 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (12,107.06) | Other: Professional Services |
| 1/20/2026 1059 | VENDPYMT566 | Tire Corral | 1144 Black Horse Pike · Gretloch NJ 08012 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | (159.78) | Suppliers or Vendors |
| 1/20/2026 | VENDPYMT565 | Haggerty | 2200 Credit Card : Barclay Black Card | 1003 Credit Card : Barclay Black Card | | US Dollar | 3,061.00 | Other: Insurance |
| 1/20/2026 | VENDPYMT565 | eFS Corporation | 3522 Thomasville Rd Ste 400 · Tallahassee FL 32309 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | | US Dollar | 3,698.30 | Other: Insurance |

| Date | Num | Name | Address | Account | Currency | Amount | Category |
|---|---|---|---|---|---|---|---|
| 1/20/2026 | | VENDPYMT630 | Regus | 22 Granville St, St Helier, Jersey, JE4 8PX, Islas del Canal, Jersey Número de registro: 122154 | 2210 Credit Card : Capital One Spark • 8654 | US Dollar | 2,848.66 | Other: Rent |
| 1/19/2026 | 1058 | VENDPYMT564 | Hudson Valley Steel Products | 5231 Rt 9 W - Newburgh, NY 12550 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | US Dollar | (25,853.44) | Suppliers or Vendors |
| 1/15/2026 | | VENDPYMT563 | AFCO Direct | 150 N Field Dr Ste 190 - Lake Forest, IL 60045 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | US Dollar | (62,875.40) | Other: Insurance |
| 1/14/2026 | 1054 | VENDPYMT561 | New Millennium | 1992 NW Bascon Norris Dr - Lake City, FL 32055 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | US Dollar | (29,240.59) | Suppliers or Vendors |
| 1/14/2026 | 1055 | VENDPYMT562 | Williams International Crane Rigging and Service | 1206 US Highway #1, Ste A - N Palm Beach, FL 33408 | 1003 Cash & Cash Equivalents : Firstrust Main 2578 | US Dollar | (32,807.50) | Suppliers or Vendors |

# FORM 207:  Statement of Financial Affairs

## 4.  Payments or Other Transfers of Property Made Within 1 Year Before Filing this Case that Benefitted any Insider

## TO BE SUPPLIED

Debtor   RMG Erectors & Constructors of Montana, LLC _____   Case number (if known) 26-14283 _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Firstrust Bank v. RMG Erectors & Constructors of Montana, LLC, et al.<br>1:26-cv-03611-KMW-AMD) | Breach of Contract;<br>Commercial<br>Transaction | USDC, NJ | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Stearns, Conrad and Schmidt Consulting Engineers, Inc. v. RMG Erectors & Constructors of Montana LLC<br>1:2026cv00060 | Breach of Contract;<br>Commercial<br>Transaction | USDC for the Southern District of Mississippi | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | RMG Erectors & Constructors of Montana, LLC v. American Alternative Insurance Corporation, and Venergy Group, LLC<br>6:25-cv-06040-MAV | Breach of Contract;<br>Commercial<br>Transaction | USDC for the Western District of NY | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | RMG Erectors and Constructors of Montana, LLC v. Brockton Athletic Association, Inc.<br>L-1391-24 | Breach of Contract | Superior Court of NJ, Gloucester County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Shenango Area School District v. GEM Building Contractors & Developers, Inc., et al.<br>10453 of 2024 C.D. | Breach of Contract;<br>Negligence | CCP Lawrence County, PA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | I/M/O RMG Electors and Constructions of Montana, LLC<br>Case ID 1997758 | Wage and Hour Investigation | US Dept. of Labor, Southern NJ District | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

---

Debtor  RMG Erectors & Constructors of Montana, LLC _____ Case number *(if known)* 26-14283 _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | | April 13, 2026 | $50,000.00 |

**Email or website address**

_____

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  105 Blackwood-Barnsboro Road<br><br>Sewell, NJ 08080 | November 19, 2019 to Present |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    RMG Erectors & Constructors of Montana, LLC                    Case number (if known)  26-14283

| Address | Dates of occupancy From-To |
|---|---|
| 14.2.  730 Cool Springs Boulevard<br>Suite 120<br>Franklin, TN 37067 | April 1, 2024 to May 14, 2025 |
| 14.3.  720 Cool Springs Boulevard<br>Suite 150<br>Franklin, TN 37067 | May 15, 2025 to Present |
| 14.4.  Regus Business Center - San Jose<br>Nucleo, C. 40<br>Mantica, San Jose 10102, Costa Rica | August 1, 2025 to Present |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
☒  Yes. Does the debtor serve as plan administrator?

    ☒ No Go to Part 10.
    ☐ Yes. Fill in below:

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or Instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor    RMG Erectors & Constructors of Montana, LLC _____    Case number *(if known)*  26-14283 _____

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor   RMG Erectors & Constructors of Montana, LLC _____    Case number (if known) 26-14283 _____

---

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. RMG Erectors and Constructors, SRL | Costa Rica company that employed detailers and estimators for Debtor's business | EIN:    None<br><br>From-To   7/18/24 to Present |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Supporting Strategies<br>16 Drum Hill Drive<br>      07907 | 8/26/2025 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   Haefele Flanagan & Co., P.C.<br>1000 S. Lenola Road<br>Maple Shade, NJ 08052 | 6/5/2024 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   RMG Erectors and Constructors of Montana<br>P.O. Box 919<br>Sewell, NJ 08080 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   Firstrust Bank
108 Marlton Pike East
Cherry Hill, NJ 08034

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

---

Debtor    RMG Erectors & Constructors of Montana, LLC _____    Case number *(if known)*  26-14283 _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Sharon Mesmer | 9094 Horton Highway College Grove, TN 37046 | Member; Chief of Staff | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert Mesmer | 9094 Horton Highway College Grove, TN 37046 | President and Founder | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒  No
☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
☒  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1  To be supplied | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒  No
☐  Yes. Identify below.

**Name of the parent corporation**                            **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒  No
☐  Yes. Identify below.

**Name of the pension fund**                                 **Employer Identification number of the pension fund**

# FORM 207:  Statement of Financial Affairs

## 30.  Insider Payments, Distributions or Withdrawals (1 Year)

## TO BE SUPPLIED

Debtor   RMG Erectors & Constructors of Montana, LLC _____     Case number *(if known)*  26-14283 _____

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____ May 14, 2026 _____

_____            Robert Mesmer _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Founder, President, CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

# United States Bankruptcy Court
## District of New Jersey

In re   RMG Erectors & Constructors of Montana, LLC

Debtor(s)

Case No.   26-14283

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sharon Mesmer | Member | 100% | Member Interests |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Founder, President, CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 14, 2026

Signature   _Robert Mesmer_
Robert Mesmer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re ___RMG Erectors & Constructors of Montana, LLC___      Case No.   __26-14283__

Debtor(s)      Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __RMG Erectors & Constructors of Montana, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 15, 2026

Date

Albert A. Ciardi,, III 0219611991
Signature of Attorney or Litigant
Counsel for   RMG Erectors & Constructors of Montana, LLC
Ciardi Ciardi and Astin
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550  Fax:(215) 557-3551
aciardi@ciardilaw.com