UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*Caption in Compliance with D.N.J. LBR 9004-2(c)*

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

In re:

RMG ERECTORS & CONSTRUCTORS
OF MONTANA, LLC,

                          Debtor.

Case No.:   26-14283
Judge:      JNP
Chapter:    11

## NOTICE REGARDING 341 MEETING OF CREDITORS

PLEASE TAKE NOTICE that the Chapter 11 §341 creditors meeting presently scheduled to place at the offices of the United States Trustee in Camden, New Jersey on **May 27, 2026** shall instead take place **Wednesday, May 27, 2026** by conference call commencing at **9:00 a.m**. If you wish to participate in the call, please e-mail Debtor's counsel at jcranston@ciardilaw.com no later than 5:00 p.m. on **May 26, 2026** and you will receive dial-in instructions. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

Dated: May 22, 2026

**CIARDI CIARDI & ASTIN**

*/s/ Jennifer C. McEntee*
Jennifer C. McEntee, Esquire

Counsel for the Debtor