UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Jennifer Cranston McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

| In re: | Case No.: 26-14283 |
| | Judge: JNP |
| RMG Erectors and Constructors of Montana, LLC, | Chapter: 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF MOTION

To the Clerk of the Court:

Please withdraw the Motion of the Debtor and Debtor-in-Possession for an Order

Pursuant to 11 U.S.C. Section 363 (I) Permitting Payment of Pre-Petition Creditors with Lien

Rights or Where Owners Have Contractual Conditions to Payment and for (II) Related Relief,

filed on April 20, 2026, at Document Number 9.

Respectfully submitted,

CIARDI CIARDI & ASTIN

Date: June 1, 2026

By:  /s/ Albert A. Ciardi, III
     Albert A. Ciardi, III, Esquire
     Jennifer Cranston McEntee, Esquire
     1905 Spruce Street
     Philadelphia, PA 19103
     Telephone: (215) 557-3550
     Facsimile: (215) 557-3551