UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Jennifer Cranston McEntee, Esquire
1905 Spruce Street
Philadelphia, PA  19103
Telephone:  215-557-3550
Facsimile:  215-557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

In Re:

RMG Erectors and Constructors of Montana, LLC

Case No.:      26-14283

Chapter:       11

Hearing Date:  n/a

Judge:      JNP

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion of the Debtor and Debtor in Possession for an Order Pursuant to 11 U.S.C. Section 363

(I) Permitting Payment of Pre-Petition Creditors with Lien Rights or Where Owners Have Contractual

Conditions to Payment and for (II) Related Relief, filed on April 20, 2026, at Document Number 9._

Respectfully Submitted,

By: */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III

Date:  June 1, 2026_